In the Matter of the Judicial Settlement of the Account of Proceedings of L. ROGER WENTWORTH and ALBERT M. SEABURY, as Executors, etc., of CLARA E. SEABURY, Deceased. NEW BEDFORD HOME FOR AGED, Appellant;

ASSOCIATION FOR THE RELIEF OF AGED WOMEN, Respondent.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.; Merrell, J., dissenting.